

Manufacturers and Traders Trust Co    One M&T Plaza Buffalo, NY 14203    HR Direct: 1-877-473-4732

Holly Davis    557 Swamp Picnic Road Gilbertsville, PA 19525

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Holly Davis | Manufacturers and Traders Trust Co | | 0123513 | 03/16/2026 | 03/29/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 4,345.43 | 273.96 | 1,056.68 | 14.13 | 3,000.66 |
| YTD | 560.00 | 35,632.44 | 1,827.40 | 9,458.74 | 98.91 | 24,247.39 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Benefit: Life Insurance Plan - Credit | 03/16/26 - 03/29/26 | 0 | 0.000000 | 5.33 | 37.31 |
| Benefit: Long Term Disability - Credit | 03/16/26 - 03/29/26 | 0 | 0.000000 | 14.13 | 98.91 |
| Bonus: Corporate - M&T Corporate Plan | | | 0.000000 | | 5,500.00 |
| Pay: Holiday Time | | | 0.000000 | | 1,701.84 |
| Pay: Paid Time Off (PTO) - Scheduled | | | 0.000000 | | 2,999.63 |
| Pay: Paid Time Off (PTO) - Unscheduled | | | 0.000000 | | 865.20 |
| Pay: Regular Paid Hours | 03/16/26 - 03/29/26 | 80 | 54.074500 | 4,325.97 | 24,429.55 |
| Earnings | | | | 4,345.43 | 35,632.44 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Caregiver Leave - DEPFL | 1.67 | 13.78 |
| City Tax - NHNVR | 47.82 | 394.69 |
| City Tax - WILM | 52.20 | 430.58 |
| Federal Withholding | 399.11 | 3,960.80 |
| Medical Leave - DEPML | 8.35 | 68.89 |
| Medicare | 60.56 | 499.48 |
| Parental Leave - DEPPL | 6.68 | 55.11 |
| Social Security (OASDI) | 258.92 | 2,135.70 |
| State Tax - DE | 221.37 | 1,899.71 |
| Employee Taxes | 1,056.68 | 9,458.74 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefit: 401K Plan - Pre-Tax | 86.52 | 515.32 |
| Benefit: Aetna Medical - Employee Contribution | 69.00 | 483.00 |
| Benefit: Dental - Employee Contribution | 9.50 | 66.50 |
| Benefit: Health Savings Acct (HSA) - Employee Contribution | 84.62 | 592.34 |
| Benefit: Life Insurance - Employee (Full Time) | 21.32 | 149.24 |
| Benefit: Vision - Employee Contribution | 3.00 | 21.00 |
| Pre Tax Deductions | 273.96 | 1,827.40 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefit: Long Term Disability - Post-Tax | 14.13 | 98.91 |
| Post Tax Deductions | 14.13 | 98.91 |

### Employer Paid & Taxable

| Description | Amount | YTD |
|---|---|---|
| Benefit: Aetna Medical - Employer Contribution | 275.00 | 1,925.00 |
| Benefit: Dental - Employer Contribution | 9.50 | 66.50 |
| Benefit: Life Insurance Plan - Group Term | 18.05 | 126.35 |
| Employer Paid & Taxable | 302.55 | 2,117.85 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| City Tax Taxable Wages - NHNVR | 4,157.99 | 34,320.36 |
| City Tax Taxable Wages - WILM | 4,176.04 | 34,446.71 |
| Federal Withholding - Taxable Wages | 4,089.52 | 33,931.39 |
| Medicare - Taxable Wages | 4,176.04 | 34,446.71 |
| OASDI - Taxable Wages | 4,176.04 | 34,446.71 |
| State Tax Taxable Wages - DE | 4,089.52 | 33,931.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA PTO | 0 | 0 | 167.692 |
| USA Volunteer Time Off Plan | 0 | 0 | 40 |
| USA_Floating Holiday | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Tri County Area Federal Credit Union | Tri County Area Federal Credit Union ******8202 | ******8202 | 3,000.66 | USD |



Manufacturers and Traders Trust Co     One M&T Plaza Buffalo, NY 14203    HR Direct: 1-877-473-4732

Holly Davis     557 Swamp Picnic Road Gilbertsville, PA 19525

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Holly Davis | Manufacturers and Traders Trust Co | | 0123513 | 03/30/2026 | 04/12/2026 | 04/17/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|-----------------|---------------------|---------|
| Current | 80.00 | 4,345.43 | 273.96 | 1,056.66 | 14.13 | 3,000.68 |
| YTD | 640.00 | 39,977.87 | 2,101.36 | 10,515.40 | 113.04 | 27,248.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Benefit: Life Insurance Plan - Credit | 03/30/26 - 04/12/26 | 0 | 0.000000 | 5.33 | 42.64 |
| Benefit: Long Term Disability - Credit | 03/30/26 - 04/12/26 | 0 | 0.000000 | 14.13 | 113.04 |
| Bonus: Corporate - M&T Corporate Plan | | | 0.000000 | | 5,500.00 |
| Pay: Holiday Time | | | 0.000000 | | 1,701.84 |
| Pay: Paid Time Off (PTO) - Scheduled | | | 0.000000 | | 2,999.63 |
| Pay: Paid Time Off (PTO) - Unscheduled | 03/30/26 - 04/12/26 | 8 | 54.074500 | 432.60 | 1,297.80 |
| Pay: Regular Paid Hours | 03/30/26 - 04/12/26 | 72 | 54.074500 | 3,893.37 | 28,322.92 |
| Earnings | | | | 4,345.43 | 39,977.87 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| Caregiver Leave - DEPFL | 1.67 | 15.45 |
| City Tax - NHNVR | 47.82 | 442.51 |
| City Tax - WILM | 52.20 | 482.78 |
| Federal Withholding | 399.11 | 4,359.91 |
| Medical Leave - DEPML | 8.35 | 77.24 |
| Medicare | 60.55 | 560.03 |
| Parental Leave - DEPPL | 6.68 | 61.79 |
| Social Security (OASDI) | 258.91 | 2,394.61 |
| State Tax - DE | 221.37 | 2,121.08 |
| Employee Taxes | 1,056.66 | 10,515.40 |

### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Benefit: 401K Plan - Pre-Tax | 86.52 | 601.84 |
| Benefit: Aetna Medical - Employee Contribution | 69.00 | 552.00 |
| Benefit: Dental - Employee Contribution | 9.50 | 76.00 |
| Benefit: Health Savings Acct (HSA) - Employee Contribution | 84.62 | 676.96 |
| Benefit: Life Insurance - Employee (Full Time) | 21.32 | 170.56 |
| Benefit: Vision - Employee Contribution | 3.00 | 24.00 |
| Pre Tax Deductions | 273.96 | 2,101.36 |

### Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Benefit: Long Term Disability - Post-Tax | 14.13 | 113.04 |
| Post Tax Deductions | 14.13 | 113.04 |

### Employer Paid & Taxable

| Description | Amount | YTD |
|-------------|--------|-----|
| Benefit: Aetna Medical - Employer Contribution | 275.00 | 2,200.00 |
| Benefit: Dental - Employer Contribution | 9.50 | 76.00 |
| Benefit: Life Insurance Plan - Group Term | 18.05 | 144.40 |
| Employer Paid & Taxable | 302.55 | 2,420.40 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| City Tax Taxable Wages - NHNVR | 4,157.99 | 38,478.35 |
| City Tax Taxable Wages - WILM | 4,176.04 | 38,622.75 |
| Federal Withholding - Taxable Wages | 4,089.52 | 38,020.91 |
| Medicare - Taxable Wages | 4,176.04 | 38,622.75 |
| OASDI - Taxable Wages | 4,176.04 | 38,622.75 |
| State Tax Taxable Wages - DE | 4,089.52 | 38,020.91 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| USA PTO | 0 | 8 | 159.692 |
| USA Volunteer Time Off Plan | 0 | 0 | 40 |
| USA_Floating Holiday | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|------|--------------|----------------|--------|--|
| Tri County Area Federal Credit Union | Tri County Area Federal Credit Union ******8202 | ******8202 | 3,000.68 | USD |